Richard K. Grosboll, State Bar No. 99729
Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  rgrosboll@neyhartlaw.com
        Lchang@neyhartlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(San Jose Division)**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION (MONTEREY BAY CALIFORNIA CHAPTER); NATIONAL ELECTRICAL BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ADMINISTRATIVE MAINTENANCE FUND (NECA, MONTEREY BAY CALIFORNIA CHAPTER); INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION FUND; and ANDY HARTMANN, as Trustee of each of the Plaintiff Trusts except the National Electrical Benefit Fund, Administrative Maintenance Fund, Pension Fund, and National Labor-Management Cooperation Fund and Business Manager of IBEW Local 234,<br><br>                Plaintiffs,<br>  v.<br><br>HIGH PERFORMANCE ELECTRIC, INC., a California Corporation; DANIEL RAMIRO LOZANO, an individual; and MICHELLE SUSAN LOZANO, an individual ;<br><br>                Defendants. | Case No. 15-cv-03234 EJD (NC)<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR** |

## **ORDER**

IT IS HEREBY ORDERED as follows:

(continued on next page)

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Richard K. Grosboll (SBN 099729), Lois H. Chang (SBN 278146)<br>Neyhart, Anderson, Flynn & Grosboll<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415-677-6440    FAX NO.: 415-677-9445<br>ATTORNEY FOR *(Name):* PLAINTIFFS | AT-138, EJ-125<br>FOR COURT USE ONLY |

NAME OF COURT: U.S. District Court, Northern District of California
STREET ADDRESS: 280 South 1st Street
MAILING ADDRESS: 280 South 1st Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: IBEW Local 234 Health & Welfare Trust Fund, et al.

DEFENDANT: High Performance Electric, Inc., et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: 15-cv-03234 EJD (NC) |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>   [X] Judgment Debtor    [ ] Third Person | |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name):* MICHELLE LOZANO, on behalf of High Performance Electric, Inc. and as an Individual
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: April 20, 2016    Time: 10:00 am    Dept. or Div.:    Rm.: Courtroom 7, 4th Floor
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person *(name):*

Date: February 17, 2016

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

1. [X] Judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* Michelle Lozano, on behalf of High Performance Electric, inc. and as an Individual to appear and furnish information to aid in enforcement of the money judgment or to answer concconcerning property or debt.
2. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
4. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
5. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/5/2016

Lois H. Chang                                           /s/ Lois H. Chang
(TYPE OR PRINT NAME)                          (SIGNATURE OF DECLARANT)

(Continued)

| Form Adopted for Mandatory Use<br>Judifical Council of California | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>**(Attachment – Enforcement of Judgment)** | Code of Civil Procedure<br>§§ 491.110, 708.110, 708.120 |

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

$197,368.29 owed by Judgment Debtor to Judgment Creditor pursuant to Judgment obtained in the United States District Court, Northern District of California on July 30, 2015.

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

---

AT-138, EJ-125 (Rev. July 1, 2000)     **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**     Page two
**(Attachment – Enforcement of Judgment)**

**IT IS SO ORDERED.**

Dated: _____            _____
　　　　　　　　　　　　　　　　　HONORABLE NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE